IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| WILLIAM H. UNDERWOOD, | Case No. 16-13743 |
| Debtor. | Honorable Timothy A. Barnes |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of James J. Doyle and Lisa Jeffries Doyle, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on August 7, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

```
Label Matrix for local noticing            Chase                                     Barclaycard Financing Visa Card
0752-1                                     Cardmember Services                       125 South West Street
Case 16-13743                              P.O. Box 15153                            Wilmington, DE 19801-5014
Northern District of Illinois              Wilmington, DE 19886-5153
Chicago
Mon Aug  7 11:17:52 CDT 2017

Bloomingdale's American Express Act        Chase                                     Citi
P.O. Box 9001108                           Cardmember Services                       P.O. Box 6077
Louisville, KY 40290-1108                  P.O. Box 15153                            Sioux Falls, SD 57117-6077
                                           Wilmington, DE 19886-5153

Department Store National Bank             Discover                                  Discover Bank
c/o Quantum3 Group LLC                     P.O. Box 6103                             Discover Products Inc
PO Box 657                                 Carol Stream, IL 60197-6103               PO Box 3025
Kirkland, WA  98083-0657                                                             New Albany, OH  43054-3025

First BankCard                             First National Bank Omaha                 (p)INTERNAL REVENUE SERVICE
P.O. Box 3331                              P.O. Box 2557                             CENTRALIZED INSOLVENCY OPERATIONS
Omaha, NE 68103-0331                       Omaha, NE 68103-2557                      PO BOX 7346
                                                                                     PHILADELPHIA PA 19101-7346

Metropolitan Capital                       PYOD, LLC its successors and assigns as assi    Susan Marques
Chicago, IL 60611                          of Citibank, N.A.                         10337 E Star of the Desert Drive
                                           Resurgent Capital Services                Scottsdale, AZ 85255-8626
                                           PO Box 19008
                                           Greenville, SC 29602-9008

                                           Gina B Krol ESQ
                                           Cohen & Krol
                                           105 West Madison Street #1100
                                           Chicago, IL 60602-4600

William H Underwood
1644 W Bryn Mawr Avenue
Apt 3
Chicago, IL 60660-4107
```

Note: The second entry labeled "Bloomingdale's American Express Act" corresponds to the original layout; the middle column second row shows Chase / Cardmember Services / P.O. Box 15153 / Wilmington, DE 19886-5153 (appears only once in source — verify).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM H. UNDERWOOD | § | Case No. 16-13743 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, September 13, 2017 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/21/2017                          By: /s/ Barry A. Chatz, Trustee
                                                                    Trustee

*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
WILLIAM H. UNDERWOOD § Case No. 16-13743
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 15,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BARRY A. CHATZ | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 90.95 | $ 0.00 | $ 90.95 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,340.95 |
| Remaining Balance | $ 12,659.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,811.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | $ 23,811.15 | $ 0.00 | $ 12,659.05 |
| | Total to be paid to priority creditors | | | $ 12,659.05 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,267.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 7,850.67 | $ 0.00 | $ 0.00 |
| 2 | DISCOVER BANK | $ 6,388.73 | $ 0.00 | $ 0.00 |
| 3 | PYOD LLC AS ASSIGNEE OF CITIBANK | $ 4,585.51 | $ 0.00 | $ 0.00 |
| 4 | DEPARTMENT STORE NATIONAL BANK | $ 1,442.15 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200
CHICAGO, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.