# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM H. UNDERWOOD | § | Case No. 16-13743 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                               Assets Exempt: 5,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  12,659.05         Claims Discharged
                                                     Without Payment:  360,941.73

Total Expenses of Administration:  2,340.95

---

3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,340.95 | 2,340.95 | 2,340.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,448.44 | 23,811.15 | 23,811.15 | 12,659.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 305,074.13 | 20,267.06 | 20,267.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 329,522.57 | $ 46,419.16 | $ 46,419.16 | $ 15,000.00 |

4) This case was originally filed under chapter 7 on 04/22/2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2017           By:/s/BARRY A. CHATZ
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 38% interest in LLC Brookwest Properties, LLC | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| BARRY A. CHATZ | 2200-000 | NA | 90.95 | 90.95 | 90.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,340.95 | $ 2,340.95 | $ 2,340.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | 6,147.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service, 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | 8,547.34 | NA | NA | 0.00 |
| | Internal Revenue Service, 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | 9,753.69 | NA | NA | 0.00 |
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 23,811.15 | 23,811.15 | 12,659.05 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 24,448.44 | $ 23,811.15 | $ 23,811.15 | $ 12,659.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclaycard Financing Visa Card, 125 South West Street Wilmington, DE 19801 | | 5,098.00 | NA | NA | 0.00 |
| | Bloomingdale's American Express Act, P.O. Box 9001108 Louisville, KY 40290 | | 1,264.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, Cardmember Services P.O. Box 15153 Wilmington, DE 19886 | | 6,220.65 | NA | NA | 0.00 |
| | Chase, Cardmember Services P.O. Box 15153 Wilmington, DE 19886 | | 5,614.45 | NA | NA | 0.00 |
| | Citi, P.O. Box 6077 Sioux Falls, SD 57117 | | 4,391.00 | NA | NA | 0.00 |
| | Discover, P.O. Box 6103 Carol Stream, IL 60197 | | 6,151.85 | NA | NA | 0.00 |
| | First BankCard, P.O. Box 3331 Omaha, NE 68103 | | 0.00 | NA | NA | 0.00 |
| | First National Bank Omaha, P.O. Box 2557 Omaha, NE 68103 | | 26,333.79 | NA | NA | 0.00 |
| | Metropolitan Capital, Chicago, IL 60611 | | 250,000.00 | NA | NA | 0.00 |
| 4 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 1,442.15 | 1,442.15 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | NA | 6,388.73 | 6,388.73 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 7,850.67 | 7,850.67 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 4,585.51 | 4,585.51 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 305,074.13 | $ 20,267.06 | $ 20,267.06 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-13743 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM H. UNDERWOOD | | | | Date Filed (f) or Converted (c): | 04/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/23/2016 |
| For Period Ending: | 09/26/2017 | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 38% interest in LLC Brookwest Properties, LLC | Unknown | 0.00 | | 15,000.00 | FA |
| 2. Usual and ordinary household goods | 500.00 | 0.00 | | 0.00 | FA |
| 3. Equipment for sports, hobbies | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing - usual and ordinary | 400.00 | 0.00 | | 0.00 | FA |
| 5. Checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Savings account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Checking account | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Security deposit with landlord | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Massage table | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $5,300.00      $0.00      $15,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is debtor's 25% interest in Brookwest Properties LLC which was sold for $400,000. The buyer paid $200,000 which was used to pay down the mortgage to Metropolitan Capital on the property with a note of $200,000. The remaining balance on the mortgage ($43,556.58) continues to be paid down by the purchaser. Upon maturity of the note, the remaining balance under the contract (approximately $145,000) will be paid over five years to the LLC. Debtor is entitled to 25% of the remaining contract balance (approximately $36,250). Debtor's sister, Susan Marques, who is also a 25% owner of the LLC has offered to purchase Debtor's interest for $15,000. Hearing for approval of settlement offer scheduled for 4/26/17.

| RE PROP # | 1 | -- | Brookwest Properties, LLC |
| | | | 295 S Schmidt Road |
| | | | Bolingbrook, IL 60440 |
| RE PROP # | 3 | -- | Bike, motorized scooter |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-13743
Case Name: WILLIAM H. UNDERWOOD
Taxpayer ID No: XX-XXX8565
For Period Ending: 09/26/2017

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0896
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | 1 | Susan Marques | Purchase of trustee's right, title & interest in LLC | | 1129-000 | $15,000.00 | | $15,000.00 |
| 09/13/17 | 400001 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution | | | | $2,340.95 | $12,659.05 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($2,250.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($90.95) | 2200-000 | | | |
| 09/13/17 | 400002 | INTERNAL REVENUE SERVICE<br>MAIL STOP 5010 CHI<br>230 S. DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution to claim 1 representing a payment of 53.16 % per court order. | | 5800-000 | | $12,659.05 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

Page Subtotals: $15,000.00 $15,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0896 - Checking | $15,000.00 | $15,000.00 | $0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:         $0.00         $0.00